UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA CLUB, ET AL.**, <br> Plaintiffs, <br> v. <br> **GINA MCCARTHY**, <br> Defendant. | Case No. 14-cv-05091-YGR <br><br> **ORDER FINDING CASES NOT RELATED** <br><br> Re: Dkt. No. 46 |

The Court has reviewed the Notice of Potentially Related Cases filed by the parties in the above-captioned action. (Dkt. No. 46.) The Court finds that *Sierra Club v. McCarthy,* 15-cv-4328 JD, is not related to the above-captioned action.

**IT IS SO ORDERED.**

Dated: March 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**